UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                             Case No: 14-12203-RAM
                                                                  Chapter 13

VALDES, DROISE
SSN: XXX-XX-2717
REYES, YISLAY
SSN: XXX-XX-0786

                                      Debtor(s)    /

## **DEBTORS' MOTION TO APPROVE SHORT SALE**

      **COMES NOW**, the Debtors, DROISE VALDES and YISLAY REYES, by and through undersigned counsel, and filed this Motion to Approve Short Sale, and in support thereof states:

1. The Debtors filed a voluntary petition under Chapter 13 of the US Bankruptcy Code on or about January 30th, 2014.

2. Debtors currently have a fully executed proposed contract for short sale of their non-homestead property, legally described as:

   ```
   Lot 5, Block 27, of Grand Lake Phase
   Two A Subdivision, according to the
   Plat thereof, as recorded in Plat Book
   159, Page 68, of the Public Records of
   Miami-Dade County, Florida.
   ```

3. Debtors are currently in negotiations with Citibank, N.A., in order to close the aforementioned contract.

4. In order to effectuate the sale, Debtors require an Order from this Honorable Court authorizing the closing of the transaction.

5. Debtors will not be receiving any proceeds from the sale of the non-homestead property, and will not be responsible for any fees.

6. Time is of the essence, as the lender has stated that they will not proceed in considering this transaction unless an Order is entered.

**WHEREFORE**, the debtors, DROISE VALDES and YISLAY REYES, respectfully request that this Honorable Court enter an Order Granting Debtors' Motion to Approve Short Sale, and for any other relief which may be just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

        SALADRIGAS LAW CENTER
        *Attorney for Debtor(s)*
        7955 NW 12 Street, Suite 400
        Miami, FL 33126
        Tel:  (305) 500-5559
        Fax:  (305) 500-5337

        By:   /S/Mercy Saladrigas
        MERCY SALADRIGAS, Esq.
        For The Firm
        Florida Bar No. 861790