**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Droise Valdes     JOINT DEBTOR: Yislay Reyes     CASE NO.: 14-12203-RAM
Last Four Digits of SS# 2717     Last Four Digits of SS# 0786

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A. $ 343.33 for months 1 to 6;
    B. $ 311.63 for months 7 to 60;
    C. $ _____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00
               Total Fee:     $3,500.00
               Total Paid:    $2,000.00
               Balance Due:   $1,500.00 payable $250.00/ month (Months 1-6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __N/A__     Arrearage on Petition Date $ N/A
Address: _____
                 Arrears Payment   $ N/A /month (Months ___ to ___)
                 LMM Payment      $ _____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | ____ To ____ | |
| | $ | % | $ | ____ To ____ | |
| | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
              Payable        $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:     Pay $ 59.00 /month (Months 1 to 6) $ 280.47 /month (Months 7 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Homestead Property located at: 15995 SW 53rd Terrace, Miami, Florida 33185**

Debtors are paying their 1st mortgage held by Citimortgage, Inc., (Acct. No. 3735) and property taxes with Miami-Dade County Tax Collector directly outside the plan.

**Non-Homestead Property located at: 14918 SW 10th Street, Miami, Florida 33194**

Debtors surrender any and all interest in this property secured by Citibank, N.A [1st Mortgage], Grand Lakes Phase II Homeowner's Association, and the Miami-Dade County Tax Collector.

**Timeshare located at: Unit Week(s) No. 36 in Condominium Parcel No. 4504 of Golden Strand Ocean Villa Resort, A Condominium**

Debtors are paying their HOA dues with Golden Strand Ocean Villa Resort Association directly outside the plan.

Debtors are paying their student loans directly outside the plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____/s/_____

Mercedes Saladrigas, Esq


Date: March 11, 2014