UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒   2nd   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐        Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Droise Valdes      JOINT DEBTOR: Yislay Reyes      CASE NO.: 14-12203-RAM
Last Four Digits of SS# 2717      Last Four Digits of SS# 0786

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ 343.33  for months   1   to   6   ;
    B.   $ 311.63  for months   7   to   60  ;
    C.   $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $3,500.00
                Total Fee:    $3,500.00
                Total Paid:   $2,000.00
                Balance Due: $1,500.00 payable $250.00/ month (Months 1-6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.    N/A             Arrearage on Petition Date  $ N/A
Address: _____
                         Arrears Payment   $ N/A   /month (Months ____ to ____)
                         LMM Payment     $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____  Total Due $_____
                     Payable         $____/month (Months ___to ____) Regular Payment $____

Unsecured Creditors:  Pay $ 59.00 /month (Months 1 to 6 )  $ 280.47 /month (Months 7 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Homestead Property located at: 15995 SW 53rd Terrace, Miami, Florida 33185**

Debtors are paying their 1st mortgage held by Citimortgage, Inc., (Acct. No. 3735) and property taxes with Miami-Dade County Tax Collector directly outside the plan.

**Non-Homestead Property located at: 14918 SW 10th Street, Miami, Florida 33194**

Debtors surrender any and all interest in this property secured by Citibank, N.A [1st Mortgage], Grand Lakes Phase II Homeowner's Association, and the Miami-Dade County Tax Collector.

**Timeshare located at: Unit Week(s) No. 36 in Condominium Parcel No. 4504 of Golden Strand Ocean Villa Resort, A Condominium**

Debtors are paying their HOA dues with Golden Strand Ocean Villa Resort Association directly outside the plan.

Debtors are paying their student loans directly outside the plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____/s/_____

Mercedes Saladrigas, Esq


Date: April 2, 2014