**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
<u>Miami</u> **Division**

www.flsb.uscourts.gov

In Re:                                                            Case No: 14-12203-RAM
                                                                  Chapter 13
VALDES, DROISE
SSN:  XXX-XX-2717
REYES, YISLAY
SSN:  XXX-XX-0786
_____Debtor(s)____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtors object to the following claim filed in this case:

---

**Claim#:**       8-1
**Claimant:**     Berta Moncada Barillas c/o J.H. Zidell, Esq.
**Reason:**       Creditor filed claim as Entitled to Priority under 11 U.S.C. §507(a)(4) in the amount of $145,356.00. Priority claims under 11 U.S.C. §507(a)(4) are only entitled to priority treatment up to $12,475.00.
**Disposition:**  Sustain Objection and reclassify priority amount of claim.

---

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002- 1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: June 19, 2014                       /s/ Mercy Saladrigas, Esq._____
                                           Mercy Saladrigas, Esq.
                                           The Saladrigas Law Center
                                           Attorneys for the Debtor
                                           7955 North West 12th Street, Suite 400
                                           Doral, FL 33126
                                           Tel. 305-500-5559
                                           Fax: 305-500-5537
                                           Florida Bar No. 861790