

**ORDERED in the Southern District of Florida on August 14, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                      Case No: 14-12203-RAM
                                            Chapter 13
VALDES, DROISE
SSN: XXX-XX-2717
REYES, YISLAY
SSN: XXX-XX-0786

_____Debtor(s)  /

## ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on August 12, 2014 at 9:00 am on Debtors' Objection to Claim of BERTA MONCADA BARILLAS, Claim 8-1 and based on the record, it is

**ORDERED:**

1. The Debtors' objection is **SUSTAINED.**

2. Court Claim number 8-1, filed by BERTA MONCADA BARILLAS, herein after referred to as Creditor, is allowed as a priority claim in the amount of $12,475.00, and as a general unsecured claim in the amount of $132,881.00, regardless of the original classification in the proof of claim as filed.

**###**

Submitted by:

  /s/ Mercy Saladrigas, Esq.
Mercy Saladrigas, Esq.
Saladrigas Law Center
Attorneys for the Debtor
7955 Northwest 12th Street, Suite 400
Doral, FL 33126
Tel. 305-500-5559
Fax: 305-500-5537
Florida Bar No. 861790


*The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).