**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:                                                                                          Case No: 14-12203-RAM
                                                                                                          Chapter 13
VALDES, DROISE
SSN: XXX-XX-2717

REYES, YISLAY
SSN: XXX-XX-0786
_____ Debtor(s) /

### DEBTORS' MOTION TO DEEM SETERUS, INC., FORMERLY CITIMORTGAGE, CURRENT AND MOTION TO APPROVE ATTORNEY'S FEES

**COME NOW**, the Debtors, Droise Valdes and Yislay Reyes, by and through undersigned counsel, and respectfully move this Honorable Court for an Order deeming the mortgage held by Seterus, Inc. formerly, Citimortgage, current, and approving undersigned's attorney's fees and in support thereof state as follows:

1. On January 30, 2014, the Debtors filed a voluntary petition under Chapter 13 of Title 11 of the U.S. Bankruptcy Code. The Debtors' Chapter 13 Plan **[DE 08]** was also filed, which stated that the debtors were current on their 1st mortgage payments with Citimortgage, debtors' mortgage servicer at the time of the filing of their bankruptcy. The Plan also stated that debtors were to pay said creditor direct and outside the Chapter 13 Plan.

2. On or about November 7, 2013, prior to the filing of this bankruptcy, debtors were offered, accepted and entered into a permanent Home Affordable Modification Agreement with lender Citimortgage at a monthly payment of $1,516.90. The agreement also provides for a fixed rate of 2.00% until 11/01/18. A copy of this agreement is attached hereto as Exhibit "A".

3. On or about November 21, 2013, prior to the filing of their bankruptcy, debtors received an Escrow Account Disclosure Statement from Citimortgage advising them of a change in their mortgage payment. New mortgage payment was $1,402.06 and was effective January 1, 2014. A copy of this notice is attached hereto as Composite Exhibit "B".

4. Citimortgage did not file a Notice of Appearance, Proof of Claim, or other on this case.

5. On or about February 12, 2014, the Debtors received a Transfer of Servicing Notice from Seterus, Inc. advising that the servicing of their mortgage loan was being transferred from Citimortgage, Inc. to Seterus, Inc. effective February 1, 2014. A copy of this notice is attached hereto as Composite Exhibit "C".

6. On or about May 21, 2014, Seterus filed their Notice of Appearance. To date, Seterus has not filed a Proof of Claim, Notice of Payment Change, or other.

7. On or about June 3, 2014, our office received a notice from Seterus advising they are the servicer of debtors' mortgage loan and acknowledging our firm's representation of debtors. A copy of this notice is attached hereto as Composite Exhibit "D". No other notice from Seterus has been received by our firm.

8. On or about January 2016, Debtors received Form 1098 from Seterus for the 2015 Tax Year indicating a positive escrow balance of $1,111.71. A copy of this form is attached hereto as Composite Exhibit "E".

9. Two months later, on or about March 28, 2016, the debtors received a notice from Seterus advising them that their mortgage loan is in default in the amount of $7,141.03 and was due by May 2, 2016 ("Expiration Date"). Further, the notice threatened to accelerate the loan if debtors did not cure the default on or before the Expiration Date. A copy of this notice is attached hereto as Composite Exhibit "F".

10. Upon receipt of the aforesaid notice, on March 28, 2016, debtors contacted Seterus and immediately thereafter provided them with proof of all monthly payments made from February 2014 through March 2016.

11. On or about May 18, 2016, undersigned counsel and debtors held a lengthy office conference with Seterus in an effort to finally resolve this matter with Seterus by and through Mr. Charles Bailey on speaker phone.

12. Mr. Bailey advised that debtors are due for their January 2016 payment. He could not confirm the exact time of the alleged default but did advise that it had been rolling from 2015 and that Seterus had been applying debtors' payments to arrears.

13. As previously stated, Debtors have made all of their mortgage payments pursuant to the loan modification agreement. In spite of the same, Debtors have continued to receive direct notices from Seterus advising them that their mortgage loan is in default; more recently one dated August 4, 2016 which states an alleged default amount of $8,728.62 that is due by September 8, 2016 ("Expiration Date"). Further,

the notice threatens to accelerate the loan if debtors do not cure the default on or before the Expiration Date. A copy of this notice is attached hereto as Composite Exhibit "G". Our firm has not received this or any other notice from Seterus.

14. Debtors have fully complied with their obligation under the Home Affordable Modification Program and are nonetheless being penalized by Seterus. Debtors fear they may unrightfully lose their home due to continuous errors made by Seterus.

15. Undersigned has been required to file this Motion to Deem Mortgage Current and is entitled to attorney's fees and costs.

**WHEREFORE**, the Debtors request that this Court enter an Order deeming the mortgage held by Seterus, Inc. formerly, Citimortgage, current, and approving undersigned's attorney's fees and any other relief this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

Submitted by:

MERCY SALADRIGAS, ESQ.
*Attorney for the Debtors*
2100 Ponce de Leon Blvd., PH 2
Coral Gables, FL 33134
Office (305) 500-5559
Fax (305) 459-3995

/s/Mercy Saladrigas, Esq.
Mercy Saladrigas, Esq.
Florida Bar No. 861790