## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re:                                                                     Case No: 14-12203-RAM
                                                                           Chapter 13
VALDES, DROISE
SSN: XXX-XX-2717

REYES, YISLAY
SSN: XXX-XX-0786

_____Debtor(s) /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the **Debtors' Motion to Deem Seterus, Inc. formerly Citimortgage, Current and Motion to Approve Attorney's Fees [DE 51]** and **Notice of Hearing [DE 52]** were served via CM/ECF and US regular mail to Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 and to all parties attached to this Service List this 14th day of September, 2016.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

Submitted by:

MERCY SALADRIGAS, ESQ.
*Attorney for the Debtors*
2100 Ponce de Leon Blvd., PH 2
Coral Gables, FL 33134
Office (305) 500-5559
Fax (305) 459-3995

/s/Mercy Saladrigas, Esq.
Mercy Saladrigas, Esq.
Florida Bar No. 861790

Service List

Seterus, Inc.
c/o Kahane & Associates, P.A.
Taji Foreman, Esq.
8201 Peters Road, Suite 3000
Plantation, FL 33324

Nancy K. Neidich, Trustee
ECF registered