UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
DROISE VALDES and                                    CASE NO. 14-12203-RAM
YISLAY REYES                                         CHAPTER 13
   Debtor(s)
_____/

**MOTION TO DISMISS CASE OR IN THE ALTERNATIVE MOTION TO COMPEL DEBTOR TO MODIFY PLAN TO PAY 100% DISTRIBUTION TO ALL ALLOWED UNSECURED CLAIMS**

THIS CAUSE coming before the Court on Creditor, Berta Moncada Barillas' ("Creditor") Motion to Dismiss Case or in the Alternative Motion to Compel Debtor to Modify Plan to Pay 100% Distribution to all Allowed Unsecured Claims and in support thereof states as follows:

1. The instant case was filed on January 30, 2014.

2. Creditor filed its claim (Claim #8-1) on May 19, 2014.

3. Debtor filed an objection to Creditor's claim on June 19, 2014 [DE#40] and an Order Sustaining the Objection was entered on August 14, 2014 [DE#43].

4. The Order Sustaining the Objection states *inter alia … the claim is allowed as a priority claim in the amount of $12,475.00, and as a general unsecured claim in the amount of $132,881.00, regardless of the original classification in the proof of claim filed.* [DE#43]

5. The Debtor's Second Amended Plan was confirmed on May 20, 2014. [DE#37]

6. The confirmed plan includes language stating "*the Debtor(s) will modify the plan to increase the amounts to be paid to provide for 100% payment for all allowed unsecured claims.*"

7. The claims bar date expired on June 11, 2014.

8. A check of the Court docket shows that there has been no modification of the confirmed plan increasing the amounts to be paid to all allowed unsecured claims as stated on the Debtors' Confirmed Second Amended Chapter 13 Plan.

9. As 11 U.S.C. §1327(a) states "The provisions of a confirmed plan bind the debtor and each creditor…" Thus the Debtor is bound by the 100% plan language included in the confirmed plan.

10. The Debtor must modify the confirmed plan to increase the amounts to be paid to all allowed unsecured claims to 100% distribution, including that of Creditor, Berta Moncada Barillas, which holds an allowed priority/unsecured claim or the case should be dismissed.

WHEREFORE creditor Berta Moncada Barillas, respectfully requests that this Honorable Court enter an Order Dismissing the instant case or in the alternative compelling the Debtor to modify the plan increasing the amounts to be paid to 100% distribution to all allowed unsecured claims and any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Bar #93028
Attorney for Creditor Berta Moncada Barillas
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
T. 305-865-6766 F. 305-865-7167
Email: jsheskin.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served this 5th day of October, 2016, via electronic transmission to Nancy Neidich, trustee and all others set forth in the NEF and to Droise Valdes, Debtor and Yislay Reyes, Debtor c/o Mercedes Saladrigas, Attorney for Debtor via ecf at [courtnotice@saladrigaslaw.com](mailto:courtnotice@saladrigaslaw.com) and that the upcoming notice of hearing will be served through a separate certificate of service and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

      Respectfully submitted:

/s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Bar #93028
Attorney for Creditor Berta Moncada Barillas
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
T. 305-865-6766 F. 305-865-7167
Email: jsheskin.jhzidellpa@gmail.com