**ORDERED in the Southern District of Florida on November 14, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE: CASE NO.14-12203-BKC-RAM
DROISE VALDES
YISLAY REYES,
DEBTOR(S).
_______________________/

**ORDER DENYING CREDITOR'S MOTION TO DISMISS CASE OR IN THE ALTERNATIVE MOTION TO COMPEL DEBTOR TO MODIFY PLAN TO PAY 100% DISTRIBUTION TO ALL ALLOWED UNSECURED CLAIMS (ECF #55)**

THIS CASE came on to be heard on November 9, 2016, for the Creditor's Motion to Dismiss Case (ECF #55), and based on the record, it is

ORDERED as follows:

1. The Creditor's Motion (ECF #55) is denied for want of prosecution.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

MERCEDES SALADRIGAS, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.