UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

DROISE VALDES
YISLAY REYES

DEBTORS_____/

CASE NO.: 14-12203-BKC-RAM
PROCEEDING UNDER CHAPTER 13

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

    WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on ____AUG 2 8 2017____.

                                            NANCY K. NEIDICH, ESQUIRE
                                            STANDING CHAPTER 13 TRUSTEE
                                            P.O. BOX 279806
                                            MIRAMAR, FL  33027-9806

                                            By: /s/_____
                                            ☒ Adisley Cortez-Rodriguez, Esq.
                                                FLORIDA BAR NO: 0091727
                                            ☐ Amy Carrington, Esq.
                                                FLORIDA BAR NO: 101877
                                            ☐ Jose Ignacio Miceli, Esq.
                                                FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 14-12203-BKC-RAM

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
DROISE VALDES
YISLAY REYES
15995 SW 53RD TERRACE
MIAMI, FL  33185

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
MERCEDES SALADRIGAS, ESQUIRE
2100 PONCE DE LEON BLVD
PH2
CORAL GABLES, FL  33134

07/06/2017 THU 11:05     FAX                                                                    ☑001

```
                    ************************
                    ***  FAX TX REPORT   ***
                    ************************

                    TRANSMISSION OK

                    JOB NO.                 0975
                    DESTINATION ADDRESS     13054593995
                    SUBADDRESS
                    DESTINATION ID          SALADRIGAS, MERCY
                    ST. TIME                07/06 11:04
                    TX/RX TIME              00'33
                    PGS.                    1
                    RESULT                  OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

07/06/2017

To: MERCEDES SALADRIGAS, ESQUIRE

Re: VALDES                    Case: 14-12203-RAM

Dear MERCEDES SALADRIGAS

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: BERTA MONCADA BARILLAS

Order DE#43 states creditor to paid as priority but creditor not provided for in plan

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

07/06/2017

To: MERCEDES SALADRIGAS, ESQUIRE

Re: VALDES                    Case: 14-12203-RAM

Dear MERCEDES SALADRIGAS

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: BERTA MONCADA BARILLAS

Order DE#43 states creditor to paid as priority but creditor not provided for in plan

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

Danielle Ramirez
Nancy K. Neidich, Esquire
Chapter 13 Standing Trustee