

ORDERED in the Southern District of Florida on October 26, 2017.

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 14-12203-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

DROISE VALDES
YISLAY REYES

DEBTORS_____/

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

**THIS CASE** came to be heard on October 17, 2017 upon the Trustee's Motion to Dismiss Chapter 13 Case, and based on the record it is

**ORDERED as follows**:

1. The Trustee's Motion to Dismiss Chapter 13 Case is granted and this case is hereby dismissed with prejudice to the Debtors filing any bankruptcy proceedings for a period of six (6) months from the date thereof.

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE
CASE NO.:  14-12203-BKC-RAM

2. Any funds remaining in the possession of the Standing Chapter 13 Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Chapter 13 Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding.  The Trustee is hereby authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement.  If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtors, the Debtors shall forthwith pay directly to the Clerk of the United States Bankruptcy Court any amount due and owing on said filing fees or other costs.

3. All pending motions be, and the same are hereby, denied as moot.

4. All motions to reopen or reinstate Chapter 13 cases and motions to rehear, reconsider or vacate orders dismissing Chapter 13 cases shall only be scheduled for hearing conditioned upon (i) the Debtors' attorney attaching to the motion a certificate which states the Debtors have tendered to the attorney all funds required to be paid under the Debtors' Chapter 13 Plan to bring the Plan current and that said funds are in the attorney's trust account, or (ii) the pro se Debtors attaching to the motion a photocopy of the cashier's check(s), made payable to the Chapter 13 Trustee, which will be tendered to the Chapter 13 Trustee to bring the Plan current if the motion(s) is/are heard and the Court reopens or reinstates the Chapter 13 case.

5. If the certification or photocopies required in Paragraph 4 of this Order are attached to the motion(s), the motions to reopen or reinstate Chapter 13 cases, and motions to rehear, reconsider, or vacate orders dismissing Chapter 13 cases shall be scheduled for hearing before the respective Bankruptcy Judge at the monthly Chapter 13 calendar.

6. If the certification or photocopies required in Paragraph 4 of this Order are attached to the motion(s), the motions to reopen or reinstate Chapter 13 cases, and motions to rehear, reconsider, or vacate orders dismissing Chapter 13 cases will be denied without further notice or hearing.

7. The clerk of the court is directed to refuse to accept for filing any future voluntary petitions submitted by these Debtors if refiling violates a prior order of the court if the petition is accompanied by an Application to Pay Filing and Administrative Fees in Installments and filing fees remain due from any previous case filed by the Debtors.

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE
CASE NO.: 14-12203-BKC-RAM

**COPIES FURNISHED TO:**

**DEBTORS**
DROISE VALDES
YISLAY REYES
15995 SW 53RD TERRACE
MIAMI, FL  33185

**ATTORNEY FOR DEBTORS**
MERCEDES SALADRIGAS, ESQUIRE
2100 PONCE DE LEON BLVD
PH2
CORAL GABLES, FL  33134